UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------ X
:
KENNETH S. MITCHELL,                 :
                                     :
            Plaintiff,               :
                                     :   Civil Action No. 06-725 (GMS)
    v.                               :
                                     :   STIPULATION EXTENDING
WACHOVIA CORPORATION, t/a            :   DEFENDANTS' TIME TO ANSWER
    WACHOVIA SECURITIES,             :   OR OTHERWISE RESPOND
WACHOVIA SECURITIES, L.L.C.,         :
WACHOVIA SERVICES, INC.,             :
WACHOVIA BANK OF DELAWARE, N.A.,     :
TODD D. GAUTHIER, LYNN G. MEYER,     :
CAROLYN J. BEAM, and                 :
DOROTHY A. DIFEBO,                   :
                                     :
            Defendants.              :
                                     :
------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that the time for defendants to serve an answer or otherwise move with respect to the underlying complaint shall be extended up to and including February 23, 2007. The parties agree that the extension is necessary because (a) all individual and corporate defendants are currently represented by common counsel; (b) the four individual defendants reside in four different states; and (c) three individual defendants are current employees of Wachovia Securities, LLC, while one individual defendant is a former employee.

Dated: Wilmington, Delaware
       January 31, 2007

BIGGS AND BATTAGLIA                          MORRIS JAMES LLP

By: _____                  By: _____
    Steven F. Mones (Del. Bar No. 2611)          P. Clarkson Collins, Jr. (Del. Bar No. 739)
921 North Orange Street, P.O. Box 1489           David H. Williams (Del. Bar. No. 616)
Wilmington, Delaware 19899-1489                  James H. McMackin, III (Del. Bar. No. 4284)
Telephone: (302) 655-9677                    500 Delaware Avenue, Suite 1500
                                             Wilmington, Delaware
Attorneys for Plaintiff                      Telephone: (302) 888-6800
Kenneth S. Mitchell
02/05/07                                                    February 5, 2007

                                             Attorneys for Defendants

1520001/1