IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br><br>   Plaintiff,<br><br>  v.<br><br>WACHOVIA CORPORATION, t/a<br>WACHOVIA SECURITIES, WACHOVIA<br>SECURITIES, L.L.C., WACHOVIA<br>SERVICES, INC., WACHOVIA BANK<br>OF DELAWARE, N.A., TODD D.<br>GAUTHIER, LYNN G. MEYER,<br>CAROLYN J. BEAM, and DOROTHY A.<br>DIFEBO,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-725 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO: Steven F. Mones, Esquire
   Biggs & Battaglia
   921 North Orange Street
   P.O. Box 1489
   Wilmington, DE  19899

   Pursuant to Rule 83.5(c), counsel moves the admission of David Bennet Ross as counsel *pro hac vice* to represent Defendants in this matter.  In support of this Motion, Defendants rely upon the attached Certification of David Bennet Ross, Esquire.

             MORRIS JAMES LLP

             _____
             P. Clarkson Collins, Jr. (#739)
             pcollins@morrisjames.com
             David H. Williams (#616)
             dwilliams@morrisjames.com
             James H. McMackin, III (#4284)
             jmcmackin@morrisjames.com
             500 Delaware Avenue, Suite 1500
             P.O. Box 2306
             Wilmington, DE 19899
             (302) 888-6900/5849

Dated:  February 6, 2007     Attorneys for Defendants
1518373/1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA CORPORATION, t/a )<br>WACHOVIA SECURITIES, WACHOVIA )<br>SECURITIES, L.L.C., WACHOVIA )<br>SERVICES, INC., WACHOVIA BANK )<br>OF DELAWARE, N.A., TODD D. )<br>GAUTHIER, LYNN G. MEYER, )<br>CAROLYN J. BEAM, and DOROTHY A. )<br>DIFEBO, )<br>)<br>Defendants. ) | C.A. No. 06-725 GMS |

### ATTORNEY CERTIFICATION OF DAVID BENNET ROSS
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

David Bennet Ross, Esquire certifies:

1. I am a partner with the law firm of Seyfarth Shaw LLP, attorneys for Defendants in the above-captioned matter. I practice in Seyfarth Shaw LLP's offices in New York, New York. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the bars of the states of New York and Illinois, the United States Courts of Appeals for the Second, Third, and District of Columbia Circuits, and the United States District Courts for the Central and Northern Districts of Illinois, the District of Connecticut and the Southern, Eastern, Northern, and Western Districts of New York. I am not under suspension or disbarment in any court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4.   James H. McMackin, III, MORRIS JAMES LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

David Bennet Ross

Dated: 02/05/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 GMS |
| | ) | |
| WACHOVIA CORPORATION, t/a WACHOVIA SECURITIES, WACHOVIA SECURITIES, L.L.C., WACHOVIA SERVICES, INC., WACHOVIA BANK OF DELAWARE, N.A., TODD D. GAUTHIER, LYNN G. MEYER, CAROLYN J. BEAM, and DOROTHY A. DIFEBO, | ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for David Bennet Ross is GRANTED.

_____
U.S.D.J.

1518375/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-725 GMS |
| | ) |
| WACHOVIA CORPORATION, t/a WACHOVIA SECURITIES, WACHOVIA SECURITIES, L.L.C., WACHOVIA SERVICES, INC., WACHOVIA BANK OF DELAWARE, N.A., TODD D. GAUTHIER, LYNN G. MEYER, CAROLYN J. BEAM, and DOROTHY A. DIFEBO, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, James H. McMackin, III, hereby certify that on February 6, 2007, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven F. Mones, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

/s/ James H. McMackin
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendants

Dated: February 6, 2007
1527417/1