IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 GMS |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | |
| WACHOVIA SECURITIES, WACHOVIA | ) | |
| SECURITIES, L.L.C., WACHOVIA | ) | |
| SERVICES, INC., WACHOVIA BANK | ) | |
| OF DELAWARE, N.A., TODD D. | ) | |
| GAUTHIER, LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and DOROTHY A. | ) | |
| DIFEBO, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO: Steven F. Mones, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE  19899

      Pursuant to Rule 83.5(c), counsel moves the admission of C. Patrick McMurray as counsel *pro hac vice* to represent Defendants in this matter.  In support of this Motion, Defendants rely upon the attached Certification of C. Patrick McMurray, Esquire.

                                            MORRIS JAMES LLP

                                            /s/
                                            P. Clarkson Collins, Jr. (#739)
                                            pcollins@morrisjames.com
                                            David H. Williams (#616)
                                            dwilliams@morrisjames.com
                                            James H. McMackin, III (#4284)
                                            jmcmackin@morrisjames.com
                                            500 Delaware Avenue, Suite 1500
                                            P.O. Box 2306
                                            Wilmington, DE 19899
                                            (302) 888-6900/5849

Dated: February 6, 2007        Attorneys for Defendants

1518368/1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-725 GMS |
| WACHOVIA CORPORATION, t/a WACHOVIA SECURITIES, WACHOVIA SECURITIES, L.L.C., WACHOVIA SERVICES, INC., WACHOVIA BANK OF DELAWARE, N.A., TODD D. GAUTHIER, LYNN G. MEYER, CAROLYN J. BEAM, and DOROTHY A. DIFEBO, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ATTORNEY CERTIFICATION OF C. PATRICK McMURRAY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

C. Patrick McMurray, Esquire certifies:

1. I am an associate with the law firm of Seyfarth Shaw LLP, attorneys for Defendants in the above-captioned matter. I practice in Seyfarth Shaw LLP's offices in New York, New York. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I have been a member in good standing of the New York State Bar and licensed to practice law in New York since 2003. I am also a member in good standing of the bars of the United States District Courts for the Eastern and Southern Districts of New York since 2004. I am not under suspension or disbarment in any court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

    4.    James H. McMackin, III, MORRIS JAMES LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

*/s/ C. Patrick McMurray*
C. Patrick McMurray

Dated: JANUARY 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 GMS |
| | ) | |
| WACHOVIA CORPORATION, t/a WACHOVIA SECURITIES, WACHOVIA SECURITIES, L.L.C., WACHOVIA SERVICES, INC., WACHOVIA BANK OF DELAWARE, N.A., TODD D. GAUTHIER, LYNN G. MEYER, CAROLYN J. BEAM, and DOROTHY A. DIFEBO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for C. Patrick McMurray is GRANTED.

_____
U.S.D.J.

1518371/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-725 GMS |
| ) | |
| WACHOVIA CORPORATION, t/a ) | |
| WACHOVIA SECURITIES, WACHOVIA ) | |
| SECURITIES, L.L.C., WACHOVIA ) | |
| SERVICES, INC., WACHOVIA BANK ) | |
| OF DELAWARE, N.A., TODD D. ) | |
| GAUTHIER, LYNN G. MEYER, ) | |
| CAROLYN J. BEAM, and DOROTHY A. ) | |
| DIFEBO, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, James H. McMackin, III, hereby certify that on February 6, 2007, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Steven F. Mones, Esquire
> Biggs & Battaglia
> 921 North Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

/s/ James H. McMackin
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Dated: February 6, 2007
Attorneys for Defendants

1527417/1