IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,             ) | |
|                                  ) | |
|        Plaintiff,        ) | |
|                                  ) | |
| v.                               ) | C.A. No. 06-725 GMS |
|                                  ) | |
| WACHOVIA CORPORATION, t/a        ) | |
| WACHOVIA SECURITIES, WACHOVIA    ) | |
| SECURITIES, L.L.C., WACHOVIA     ) | |
| SERVICES, INC., WACHOVIA BANK    ) | |
| OF DELAWARE, N.A., TODD D.       ) | |
| GAUTHIER, LYNN G. MEYER,         ) | |
| CAROLYN J. BEAM, and DOROTHY A.  ) | |
| DIFEBO,                          ) | |
|                                  ) | |
|        Defendants.      ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO:    Steven F. Mones, Esquire
           Biggs & Battaglia
           921 North Orange Street
           P.O. Box 1489
           Wilmington, DE  19899

        Pursuant to Rule 83.5(c), counsel moves the admission of Devjani Mishra as counsel *pro hac vice* to represent Defendants in this matter.  In support of this Motion, Defendants rely upon the attached Certification of Devjani Mishra, Esquire.

                                       MORRIS JAMES LLP

                                       /s/ *signature*
                                       P. Clarkson Collins, Jr. (#739)
                                       pcollins@morrisjames.com
                                       David H. Williams (#616)
                                       dwilliams@morrisjames.com
                                       James H. McMackin, III (#4284)
                                       jmcmackin@morrisjames.com
                                       500 Delaware Avenue, Suite 1500
                                       P.O. Box 2306
                                       Wilmington, DE 19899
                                       (302) 888-6900/5849

Dated:  February 6, 2007         Attorneys for Defendants
1518374/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-725 GMS |
| ) | |
| WACHOVIA CORPORATION, t/a ) | |
| WACHOVIA SECURITIES, WACHOVIA ) | |
| SECURITIES, L.L.C., WACHOVIA ) | |
| SERVICES, INC., WACHOVIA BANK ) | |
| OF DELAWARE, N.A., TODD D. ) | |
| GAUTHIER, LYNN G. MEYER, ) | |
| CAROLYN J. BEAM, and DOROTHY A. ) | |
| DIFEBO, ) | |
| ) | |
| Defendants. ) | |

ATTORNEY CERTIFICATION OF DEVJANI MISHRA
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Devjani Mishra, Esquire certifies:

1. I am an associate with the law firm of Seyfarth Shaw LLP, attorneys for Defendants in the above-captioned matter. I practice in Seyfarth Shaw LLP's offices in New York, New York. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I have been a member in good standing of the Bars of the United States District Courts for the Southern and Eastern Districts of New York since 1998, the Western District of New York since 2001 and the Northern District of New York since 2002. I have been a member of good standing of the Bars of the 2d Circuit Court of Appeals and the District of Connecticut since 2005. I have been a member in good standing of the Bars of the Commonwealth of Pennsylvania, the 3d Circuit Court of Appeals and the 11th Circuit Court of Appeals since 2006. I have been a member in good standing of the Bar of the United States

District Courts for the Eastern District of Pennsylvania since 2007. I am not under suspension or disbarment by any Court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. James H. McMackin, III, MORRIS JAMES LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
Devjani Mishra

Dated: January 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 GMS |
| | ) | |
| WACHOVIA CORPORATION, t/a WACHOVIA SECURITIES, WACHOVIA SECURITIES, L.L.C., WACHOVIA SERVICES, INC., WACHOVIA BANK OF DELAWARE, N.A., TODD D. GAUTHIER, LYNN G. MEYER, CAROLYN J. BEAM, and DOROTHY A. DIFEBO, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Devjani Mishra is GRANTED.

_____
U.S.D.J.

1518376/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-725 GMS |
| ) | |
| WACHOVIA CORPORATION, t/a ) | |
| WACHOVIA SECURITIES, WACHOVIA ) | |
| SECURITIES, L.L.C., WACHOVIA ) | |
| SERVICES, INC., WACHOVIA BANK ) | |
| OF DELAWARE, N.A., TODD D. ) | |
| GAUTHIER, LYNN G. MEYER, ) | |
| CAROLYN J. BEAM, and DOROTHY A. ) | |
| DIFEBO, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, James H. McMackin, III, hereby certify that on February 6, 2007, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven F. Mones, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

/s/ James H. McMackin
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Dated: February 6, 2007                Attorneys for Defendants
1527417/1