IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-725 GMS |
| ) | |
| WACHOVIA CORPORATION, t/a ) | |
| WACHOVIA SECURITIES, WACHOVIA ) | |
| SECURITIES, L.L.C., WACHOVIA ) | |
| SERVICES, INC., WACHOVIA BANK ) | |
| OF DELAWARE, N.A., TODD D. ) | |
| GAUTHIER, LYNN G. MEYER, ) | |
| CAROLYN J. BEAM, and DOROTHY A. ) | |
| DIFEBO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on the 29th day of June, 2007, two (2) copies of **DEFENDANTS' INITIAL DISCLOSURES** were served by hand delivery addressed to the following counsel of record:

Steven F. Mones, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19899

_____
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                      David B. Ross (admitted *pro hac vice*)
                                      Devjani Mishra (admitted *pro hac vice*)
                                      C. Patrick McMurray (admitted *pro hac vice*)
                                      SEYFARTH SHAW LLP
                                      1270 Avenue of the Americas
                                      New York, NY  10020-1801
                                      (212) 218-5500
                                      Attorneys for Defendants

Dated:  June 29, 2007

1527417/1