UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA CORPORATION, t/a<br> WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE,<br> N.A.,<br>TODD D. GAUTHIER,<br>LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br>    Defendants. | )<br>)<br>)<br>) C.A. No. 06-12-725 (GMS)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

On this date two copies of Plaintiff's First Request for Production to Defendants were served, by the methods indicated, on the following individuals:

James H. McMackin, II, Equire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
*By Hand*

C. Patrick McMurray, Esquire
Seyforth Shaw LLP
1270 Avenue of the Americas
New York, NY 10020-1801
*By Mail*

              BIGGS AND BATTAGLIA

              /s/   Steven F. Mones
              Victor F. Battaglia (Del.Bar #156)
              Steven F. Mones (Del.Bar #2611)
              921 North Orange Street
              P.O. Box 1489
              Wilmington, DE 19899
              T: 302-655-9677
              F: 302-655-7924
              smones@batlaw.com
August 29, 2007          Attorneys for Plaintiff