IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 GMS |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | |
| WACHOVIA SECURITIES, WACHOVIA | ) | |
| SECURITIES, L.L.C., WACHOVIA | ) | |
| SERVICES, INC., WACHOVIA BANK | ) | |
| OF DELAWARE, N.A., TODD D. | ) | |
| GAUTHIER, LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and DOROTHY A. | ) | |
| DIFEBO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective July 30, 2007, the New York office of Seyfarth Shaw LLP, counsel for Defendants in the above-captioned matter, moved and changed its address. The new address and contact information for the undersigned is as follows:

620 Eighth Avenue
New York, NY 10018-1405

Main Office Number: (212) 218-5500
Main Fax Number: (212) 218-5526

_____
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                            David B. Ross (admitted *pro hac vice*)
                                            Devjani Mishra (admitted *pro hac vice*)
                                            C. Patrick McMurray (admitted *pro hac vice*)
                                            SEYFARTH SHAW LLP
                                            1270 Avenue of the Americas
                                            New York, NY  10020-1801
                                            (212) 218-5500
                                            Attorneys for Defendants

Dated:  September 4, 2007

1606725/1