IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 GMS |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | |
| WACHOVIA SECURITIES, WACHOVIA | ) | |
| SECURITIES, L.L.C., WACHOVIA | ) | |
| SERVICES, INC., WACHOVIA BANK | ) | |
| OF DELAWARE, N.A., TODD D. | ) | |
| GAUTHIER, LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and DOROTHY A. | ) | |
| DIFEBO, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 11th day of September, 2007, two (2) copies of **DEFENDANTS' FIRST SET OF INTERROGATORIES** were served by hand delivery to the following counsel of record:

> Steven F. Mones, Esquire
> Biggs & Battaglia
> 921 North Orange Street
> Wilmington, DE 19899

/s/ James H. McMackin
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                  David B. Ross (admitted *pro hac vice*)
                                  Devjani Mishra (admitted *pro hac vice*)
                                  SEYFARTH SHAW LLP
                                  620 Eighth Avenue, Suite 3100
                                  New York, NY  10018
                                  (212) 218-5500
                                  Attorneys for Defendants

Dated: September 11, 2007

1583670/1