IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
:
KENNETH S. MITCHELL,                :
                                    :
       Plaintiff,                   :
                                    :   Civil Action No. 06-725 (GMS)
    v.                              :
                                    :
WACHOVIA CORPORATION, t/a           :
WACHOVIA SECURITIES,                :   **MOTION AND ORDER FOR**
WACHOVIA SECURITIES, L.L.C.,        :   **ADMISSION PRO HAC VICE**
WACHOVIA SERVICES, INC.,            :
WACHOVIA BANK OF DELAWARE, N.A.,    :
TODD D. GAUTHIER, LYNN G. MEYER,    :
CAROLYN J. BEAM, and                :
DOROTHY A. DIFEBO,                  :
                                    :
       Defendants.                  :
                                    :
------------------------------------X

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Tara Smith Williams, Esquire to represent Defendants in this matter.

Date: September 11, 2007

MORRIS JAMES LLP

_____
P. Clarkson Collins, Jr. (Del. Bar No. 739)
pcollins@morrisjames.com
David H. Williams (Del. Bar No. 616)
dwilliams@morrisjames.com
James H. McMackin, III (Del Bar No. 4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800

Attorneys for Defendants

NY1 26482654.2

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date:_____            _____
                           United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
KENNETH S. MITCHELL,                :
                                    :
            Plaintiff,              :
                                    :   Civil Action No. 06-725 (GMS)
      v.                            :
                                    :
WACHOVIA CORPORATION, t/a           :
   WACHOVIA SECURITIES,             :
WACHOVIA SECURITIES, L.L.C.,        :
WACHOVIA SERVICES, INC.,            :
WACHOVIA BANK OF DELAWARE, N.A.,    :
TODD D. GAUTHIER, LYNN G. MEYER,    :
CAROLYN J. BEAM, and                :
DOROTHY A. DIFEBO,                  :
                                    :
            Defendants.             :
                                    :
------------------------------------X

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of New Jersey and the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Signed: _____

Date: 9/10/07

(Applicant's Address)

NYI 26482654.2