UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,            )<br>               Plaintiff,    )<br>                        )<br>   v.                       )<br>                        )<br>WACHOVIA CORPORATION, t/a )<br>  WACHOVIA SECURITIES,        )<br>WACHOVIA SECURITIES, L.L.C.,  )<br>WACHOVIA SERVICES, INC.,        )<br>WACHOVIA BANK OF DEL, N.A.,  )<br>TODD D. GAUTHIER,                       )<br>LYNN G. MEYER,                            )<br>CAROLYN J. BEAM, and             )<br>DOROTHY A. DIFEBO,              )<br>               Defendants.   ) | C.A. No. 06-12-725 (GMS)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITIONS

Counsel for plaintiffs shall take the depositions of the following individuals, on the dates and at the times listed, at the offices of plaintiff's counsel:

| | |
|---|---|
| Ladan Amini | Tuesday, October 16, 2007, at 10:00 a.m. |
| Dorothy A. DiFebo | Tuesday, October 16, 2007, at 2:00 p.m. |
| Todd D. Gauthier | Monday, October 22, 2007, at 10:00 a.m. |
| Lynn G. Meyer | Tuesday, October 23, 2007, at 10:00 a.m. |

                                                                              BIGGS AND BATTAGLIA

                                                                              /s/   Steven F. Mones
                                                                              Victor F. Battaglia (Del.Bar #156)
                                                                              Steven F. Mones (Del.Bar #2611)
                                                                              921 North Orange Street
                                                                              P.O. Box 1489
                                                                              Wilmington, DE 19899
                                                                              T: 302-655-9677
                                                                              F:  302-655-7924
                                                                              smones@batlaw.com

October 5, 2007                                         Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | JURY TRIAL DEMANDED |
|   WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DEL, N.A., | ) | |
| TODD D. GAUTHIER, | ) | |
| LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
|     Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of Notice of Depositions was served, by the methods indicated, on the following individuals:

James H. McMackin, III, Equire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
  (electronic filing and facsimile)

Devjani, Mishra, Esquire
Seyforth Shaw LLP
620 Eighth Avenue
New York, NY  10018-1405
  (mail and facsimile)

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Victor F. Battaglia (Del.Bar #156)
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F:  302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

October 5, 2007