## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KENNETH S. MITCHELL,          )
                                          )
          Plaintiff,      )
                                          )
      v.                       )    C.A. No. 06-725 GMS

WACHOVIA CORPORATION, t/a
WACHOVIA SECURITIES, WACHOVIA
SECURITIES, L.L.C., WACHOVIA
SERVICES, INC., WACHOVIA BANK
OF DELAWARE, N.A., TODD D.
GAUTHIER, LYNN G. MEYER,
CAROLYN J. BEAM, and DOROTHY A.
DIFEBO,
          Defendants.

### NOTICE OF SERVICE

I hereby certify that on the 9th day of October, 2007, two (2) copies of **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** and **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION** were served by hand delivery to the following counsel of record:

Steven F. Mones, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19899

*[signature]*
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

David B. Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue, Suite 3100
New York, NY  10018
(212) 218-5500
Attorneys for Defendants

Dated:  October 9, 2007