UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DEL, N.A., | ) | |
| TODD D. GAUTHIER, | ) | |
| LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITIONS

Counsel for plaintiffs shall take the depositions of the following individuals, on the dates and at the times listed, at the offices of plaintiff's counsel:

    Ladan Amini      Tuesday, October 23, 2007, at 10:00 a.m.

    Dorothy A. DiFebo    Tuesday, October 23, 2007, at 2:00 p.m.

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Victor F. Battaglia (Del.Bar #156)
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F:  302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

October 22, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br>               Plaintiff,<br><br>v.<br><br>WACHOVIA CORPORATION, t/a<br>   WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DEL, N.A.,<br>TODD D. GAUTHIER,<br>LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br>               Defendants. | )<br>)<br>)<br>)   C.A. No. 06-12-725 (GMS)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of Re-Notice of Depositions was served, by the methods indicated, on the following individuals:

| | |
|---|---|
| James H. McMackin, III, Equire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899<br>  (electronic filing and facsimile) | Devjani, Mishra, Esquire<br>Seyforth Shaw LLP<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>  (e-mail and facsimile) |

/s/   Steven F. Mones
Steven F. Mones (Del.Bar #2611)

October 22, 2007