UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br>            Plaintiff,<br><br>    v.<br><br>WACHOVIA CORPORATION, t/a<br>   WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE,<br>   N.A.,<br>TODD D. GAUTHIER,<br>LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br>            Defendants. | C.A. No. 06-12-725 (GMS)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

On this date two copies of Plaintiff's Responses to Defendants' First Interrogatories were served, by the methods indicated, on the following individuals:

| | |
|---|---|
| James H. McMackin, II, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899<br>*By Hand* | Devjani Mishra, Esquire<br>Seyforth Shaw LLP<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>*By Mail* |

                                            BIGGS AND BATTAGLIA

                                            /s/   Steven F. Mones
                                            Victor F. Battaglia (Del.Bar #156)
                                            Steven F. Mones (Del.Bar #2611)
                                            921 North Orange Street
                                            P.O. Box 1489
                                            Wilmington, DE 19899
                                            T: 302-655-9677
                                            F:  302-655-7924
                                            smones@batlaw.com

November 2, 2007                              Attorneys for Plaintiff