UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br>    Plaintiff,<br><br>v.<br><br>WACHOVIA CORPORATION, t/a<br>    WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE,<br>    N.A.,<br>TODD D. GAUTHIER,<br>LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br>    Defendants. | C.A. No. 06-12-725 (GMS)<br><br>JURY TRIAL DEMANDED |

## **AFFIDAVIT**

Kenneth S. Mitchell, being duly sworn according to law, states as follows:

1. I am the plaintiff in this action and I make this affidavit on personal knowledge.

2. I have reviewed plaintiff's answers to defendants' first set of interrogatories and the information contained in them is true and correct to the best of my knowledge.

*/s/ Kenneth S. Mitchell*
Kenneth S. Mitchell

Sworn to and subscribed before me
this 5th day of November, 2007.

*/s/ Steven F. Mones*
Steven F. Mones
Notarial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br>               Plaintiff,<br><br>v.<br><br>WACHOVIA CORPORATION, t/a<br>   WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE,<br>   N.A.,<br>TODD D. GAUTHIER,<br>LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br>               Defendants. | )<br>)<br>)<br>) C.A. No. 06-12-725 (GMS)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

On this date two copies of Plaintiff's Affidavit in Support of Plaintiff's Responses to Defendants' First Interrogatories were served, by the methods indicated, on the following individuals:

James H. McMackin, II, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
*By Hand*

Devjani Mishra, Esquire
Seyforth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
*By Mail*

                            BIGGS AND BATTAGLIA
                            /s/   Steven F. Mones
                            Victor F. Battaglia (Del.Bar #156)
                            Steven F. Mones (Del.Bar #2611)
                            921 North Orange Street
                            P.O. Box 1489
                            Wilmington, DE 19899
                            T: 302-655-9677
                            F:  302-655-7924
                            smones@batlaw.com
November 5, 2007                Attorneys for Plaintiff