# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

November 15, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE   19801-3570

      RE:    *Kenneth S. Mitchell v. Wachovia Corporation, et al.*
                *Civil Action No. 06-725 GMS*

Dear Judge Sleet:

      I am writing to you concerning the enclosed Stipulation for an extension of time to complete discovery in the above-referenced matter. The parties have undertaken to exchange and complete some discovery. Documents have been exchanged, two depositions have occurred, and the parties have exchanged interrogatory responses. More depositions are planned and follow-up written discovery may be needed.

      The purpose of my letter is to request an extension of the discovery cut-off (which is currently November 30, 2007) because counsel for all parties do not reasonably foresee discovery being completed by the discovery cut-off. Specifically, Mr. Mitchell is a commander in the U.S. Navy who serves in the Naval Reserve. He is assigned duty at the Patuxent Naval Air Station in Maryland where he spent several weeks during October and several days this month, and it is anticipated that he will have additional service obligations over the next several months as well. Mr. Mitchell's deposition was originally sought during October, but he was unavailable due to his service. In light of the consideration owed to Mr. Mitchell's service to his country, we did not more aggressively pursue his responses to written discovery (which we received recently) or his deposition. In light of the foregoing, we respectfully request an extension of time until January 15, 2008 to complete discovery. We are asking for this lengthy extension due to the numerous schedules which must be coordinated for depositions, Mr. Mitchell's continuing service obligations, and the holidays and related vacations which are expected to preclude depositions during a substantial part of December.

Morris James LLP

The Honorable Gregory M. Sleet
November 15, 2007
Page 2

Counsel for Mr. Mitchell agrees with this request.

Respectfully submitted,

James H. McMackin, III
(Bar I.D. #4284)

JHM/jam
Enclosure
cc:   Steven F. Mones, Esquire (w/enc.) (via e-filing)
      Devjani Mishra, Esquire (w/enc.) (via e-mail)
      Clerk of the Court (w/enc.) (via e-filing)

1632005/1