IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA CORPORATION, t/a<br>　WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE, N.A.,<br>TODD D. GAUTHIER, LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br><br>　　　　　　Defendants. | Civil Action No. 06-725 (GMS)<br><br>**STIPULATION EXTENDING<br>DISCOVERY CUT-OFF** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that the deadline for the parties to complete discovery is extended to January 15, 2008, subject to approval of the Court.

BIGGS AND BATTAGLIA                           MORRIS JAMES LLP

　/s Steven F. Mones　　　　　　　　　　　　　　　　[signature]
Steven F. Mones (#2611)                       P. Clarkson Collins, Jr. (#739)
smones@batlaw.com                             pcollins@morrisjames.com
921 North Orange Street                       David H. Williams (#616)
Wilmington, Delaware 19899-1489               dwilliams@morrisjames.com
(302) 655-9677                                James H. McMackin III (#4284)
Attorneys for Plaintiff                       jmcmackin@morrisjames.com
                                              500 Delaware Avenue, Suite 1500
                                              P.O. Box 2306
                                              Wilmington, Delaware 19899
                                              (302) 888-6900/5849

1631996/1

                    David B. Ross (admitted *pro hac vice*)
                    Devjani Mishra (admitted *pro hac vice*)
                    Tara Smith Williams (admitted *pro hac vice*)
                    Seyfarth Shaw LLP
                    1270 Avenue of the Americas
                    New York, New York 10020-1801
                    (212) 218-5500
                    Attorneys for Defendants

Dated:  November 15, 2007

SO ORDERED:

_____
The Honorable Gregory M. Sleet
United States District Judge

Dated: November \_\_, 2007

2