# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

November 20, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801-3570

   RE: *Kenneth S. Mitchell v. Wachovia Corporation, et al.*
      *Civil Action No. 06-725 GMS*

Dear Judge Sleet:

  We are in receipt of Your Honor's order dated November 16, 2007 denying the parties' joint stipulation to extend time to complete discovery. As directed, the parties reviewed Your Honor's standing orders to determine the proper form for the stipulation. We understand that the reason for the extension must either be set forth in the body of the stipulation or set forth in an accompanying letter. With respect to the stipulation to extend time at issue, the parties identified the reason for the extension in a letter which accompanied the stipulation. It is possible that the letter was not transmitted to your office or an error may have occurred on our side in the e-filing process. If such is the case, please accept my apologies. For Your Honor's convenience and reference, I attach and re-submit a copy of my letter dated November 15, 2007 along with a copy of the stipulation for your consideration. Please do not hesitate to contact me at your convenience if you have any questions or concerns.

          Respectfully,

          James H. McMackin, III

JHM/jam
Enclosures
cc: Steven F. Mones, Esquire (w/encs.) – via e-filing
   Devjani Mishra, Esquire (w/o encs.) – via e-mail
   Clerk of the Court (w/encs.) – via e-filing

1634000/1

# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

November 15, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801-3570

      RE:    *Kenneth S. Mitchell v. Wachovia Corporation, et al.*
               *Civil Action No. 06-725 GMS*

Dear Judge Sleet:

      I am writing to you concerning the enclosed Stipulation for an extension of time to complete discovery in the above-referenced matter. The parties have undertaken to exchange and complete some discovery. Documents have been exchanged, two depositions have occurred, and the parties have exchanged interrogatory responses. More depositions are planned and follow-up written discovery may be needed.

      The purpose of my letter is to request an extension of the discovery cut-off (which is currently November 30, 2007) because counsel for all parties do not reasonably foresee discovery being completed by the discovery cut-off. Specifically, Mr. Mitchell is a commander in the U.S. Navy who serves in the Naval Reserve. He is assigned duty at the Patuxent Naval Air Station in Maryland where he spent several weeks during October and several days this month, and it is anticipated that he will have additional service obligations over the next several months as well. Mr. Mitchell's deposition was originally sought during October, but he was unavailable due to his service. In light of the consideration owed to Mr. Mitchell's service to his country, we did not more aggressively pursue his responses to written discovery (which we received recently) or his deposition. In light of the foregoing, we respectfully request an extension of time until January 15, 2008 to complete discovery. We are asking for this lengthy extension due to the numerous schedules which must be coordinated for depositions, Mr. Mitchell's continuing service obligations, and the holidays and related vacations which are expected to preclude depositions during a substantial part of December.

Morris James LLP

The Honorable Gregory M. Sleet
November 15, 2007
Page 2

Counsel for Mr. Mitchell agrees with this request.

Respectfully submitted,

James H. McMackin, III
(Bar I.D. #4284)

JHM/jam
Enclosure
cc:    Steven F. Mones, Esquire (w/enc.) (via e-filing)
       Devjani Mishra, Esquire (w/enc.) (via e-mail)
       Clerk of the Court (w/enc.) (via e-filing)

1632005/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA CORPORATION, t/a<br>   WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE, N.A.,<br>TODD D. GAUTHIER, LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br><br>Defendants. | Civil Action No. 06-725 (GMS)<br><br>**STIPULATION EXTENDING<br>DISCOVERY CUT-OFF** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that the deadline for the parties to complete discovery is extended to January 15, 2008, subject to approval of the Court.

BIGGS AND BATTAGLIA                                MORRIS JAMES LLP

/s Steven F. Mones
Steven F. Mones (#2611)                            P. Clarkson Collins, Jr. (#739)
smones@batlaw.com                                  pcollins@morrisjames.com
921 North Orange Street                            David H. Williams (#616)
Wilmington, Delaware 19899-1489                    dwilliams@morrisjames.com
(302) 655-9677                                     James H. McMackin III (#4284)
Attorneys for Plaintiff                            jmcmackin@morrisjames.com
                                                   500 Delaware Avenue, Suite 1500
                                                   P.O. Box 2306
                                                   Wilmington, Delaware 19899
                                                   (302) 888-6900/5849

1631996/1

David B. Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
Seyfarth Shaw LLP
1270 Avenue of the Americas
New York, New York 10020-1801
(212) 218-5500
Attorneys for Defendants

Dated: November 15, 2007

SO ORDERED:

_____
The Honorable Gregory M. Sleet
United States District Judge

Dated: November __, 2007

1631996/1