# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

November 30, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801-3570

      RE:    *Kenneth S. Mitchell v. Wachovia Corporation, et al.*
               *Civil Action No. 06-725 GMS*

Dear Judge Sleet:

      I am writing to follow up on my letter to Your Honor and stipulation dated November 20, 2007. Today is the discovery cut-off in this case. Case dispositive motions are due on Friday, December 14th. The defendants anticipate filing a case dispositive motion.

      Mr. Mitchell, the plaintiff, has been unavailable for his deposition on the dates considered by the defendants due to his activation by the Naval Reserves. Mr. Mitchell's deposition is planned by agreement of the parties for Wednesday, December 12. The plaintiff plans to depose defendants Gauthier and Meyer. The depositions of these two defendants will likely occur during the week of December 10 and December 17.

      In order that the parties have an opportunity to complete discovery, and that the defendants have an opportunity to file a case dispositive motion, I respectfully request that Your Honor consider the parties' stipulation to extend time for the completion of discovery and the filing of dispositive motions.

      Counsel for the plaintiff agrees with the request to extend the discovery deadline.

      Respectfully submitted,

      */s/ James H. McMackin*
      James H. McMackin, III
      (Bar I.D. #4284)

JHM/jam
cc:    Steven F. Mones, Esquire (w/enc.) (via e-filing)
       Devjani Mishra, Esquire (w/enc.) (via e-mail)
       Clerk of the Court (w/enc.) (via e-filing)

1636092/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494  T 302.888.6800  F 302.571.1750
Mailing Address  P.O. Box 2306 | Wilmington, DE 19899-2306  www.morrisjames.com