IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-725 GMS |
| ) | |
| WACHOVIA CORPORATION, t/a ) | |
| WACHOVIA SECURITIES, WACHOVIA ) | |
| SECURITIES, L.L.C., WACHOVIA ) | |
| SERVICES, INC., WACHOVIA BANK ) | |
| OF DELAWARE, N.A., TODD D. ) | |
| GAUTHIER, LYNN G. MEYER, ) | |
| CAROLYN J. BEAM, and DOROTHY A. ) | |
| DIFEBO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

TO: Steven F. Mones, Esquire
    Biggs & Battaglia
    921 North Orange Street
    Wilmington, DE 19899

    PLEASE TAKE NOTICE that that the undersigned will take the oral deposition of Kenneth S. Mitchell on Wednesday, December 12, 2007, beginning at 10:00 a.m. in the offices of Morris James LLP at 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801.

/s/ P. Clarkson Collins, Jr.
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                    David B. Ross (admitted *pro hac vice*)
                                    Devjani Mishra (admitted *pro hac vice*)
                                    Tara Smith Williams (admitted *pro hac vice*)
                                    SEYFARTH SHAW LLP
                                    620 Eighth Avenue, Suite 3100
                                    New York, NY  10018
                                    (212) 218-5500
                                    Attorneys for Defendants

Dated:  December 5, 2007

cc:  Wilcox & Fetzer

1636413/1