IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-725 (GMS) |
| v. | ) | |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | |
| WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DELAWARE, | ) | |
| N.A., TODD D. GAUTHIER, LYNN G. | ) | |
| MEYER, CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Now before the court in the above-captioned matter is the defendants' request for the court to extend two deadlines set by the court's May 30, 2007, scheduling order. (D.I. 28.) The first request, to which the plaintiff agrees, is for the court to extend the discovery deadline. (D.I. 28; D.I. 29.) The second, to which the plaintiff has not agreed, is for the court to extend the deadline for case-dispositive motions. (D.I. 28.)

After considering these submissions, the court extends the two deadlines in question as follows.

IT IS HEREBY ORDERED THAT:

1. <u>Discovery</u>:  all discovery be completed on or before **December 21, 2007**;

2. <u>Case-Dispositive Motions</u>: such motions, as well as the supporting opening brief and affidavits, if any, in support of each such motion, be served and filed on or before **January 7, 2008**; and

3. All other dates remain as set in the court's May 30, 2007, scheduling order.


Dated: December 7, 2007                     /s/ Gregory M. Sleet
                                            UNITED STATES DISTRICT JUDGE