UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DEL, N.A., | ) | |
| TODD D. GAUTHIER, | ) | |
| LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

Counsel for plaintiffs shall take the depositions of the following individuals, on the dates and at the times listed, by videoconference, at the offices of defendant's counsel:

Todd D. Gauthier      Tuesday, December 18, 2007, at 10:00 a.m.

Lynn G. Meyer      Thursday, December 20, 2007, at 12:00 p.m.

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Victor F. Battaglia (Del.Bar #156)
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F:  302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

December 7, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DEL, N.A., | ) | |
| TODD D. GAUTHIER, | ) | |
| LYNN G. MEYER, | ) | |
| CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of Notice of Depositions was served, by the methods indicated, on the following individuals:

| | |
|---|---|
| James H. McMackin, III, Equire | Devjani, Mishra, Esquire |
| Morris James LLP | Seyforth Shaw LLP |
| 500 Delaware Avenue, Suite 1500 | 620 Eighth Avenue |
| P.O. Box 2306 | New York, NY  10018-1405 |
| Wilmington, DE  19899 |    (mail and facsimile) |
|    (electronic filing and facsimile) | |

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Victor F. Battaglia (Del.Bar #156)
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F:  302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

December 7, 2007