UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
|         Defendants. | ) | |

## NOTICE OF DEPOSITION

Counsel for plaintiff shall take the deposition of the following individual, on the date and at the time listed, at the offices of plaintiff's counsel:

    Carolyn J. Beam    Friday, December 28, 2007, at 10:00 a.m.

                                            BIGGS AND BATTAGLIA

                                            /s/   Steven F. Mones
                                            Steven F. Mones (Del.Bar #2611)
                                            921 North Orange Street
                                            P.O. Box 1489
                                            Wilmington, DE 19899
                                            T: 302-655-9677
                                            F:  302-655-7924
                                            smones@batlaw.com
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on this date, one copy of this Notice of Deposition was served, by the methods indicated, on the following individuals:

| | |
|---|---|
| James H. McMackin, III, Esquire | Devjani Mishra, Esquire |
| Morris James LLP | Tara A. Williams, Esquire |
| 500 Delaware Avenue, Suite 1500 | Seyfarth Shaw LLP |
| P.O. Box 2306 | 620 Eighth Avenue |
| Wilmington, DE  19899 | New York, NY  10018-1405 |
|   (electronic filing and facsimile) |   (mail and facsimile) |

                                              /s/   Steven F. Mones
                                            Steven F. Mones

December 13, 2007