UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
|         Defendants. | ) | |

## NOTICE OF SERVICE

Two copies of Plaintiff's Supplemental Response to Defendants' First Request for Production were served (one copy of documents), by the methods indicated, on the following individuals:

| | |
|---|---|
| James H. McMackin, III, Equire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>  (*By Electronic Filing and Hand*) | Devjani Mishra, Esquire<br>Seyforth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>  (*By Electronic Filing and Mail*) |

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Victor F. Battaglia (Del. Bar #156)
Steven F. Mones (Del. Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F: 302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

December 31, 2007