UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

Counsel for plaintiff shall take the deposition of the following individual, on the date and at the time listed, by telephone, at the offices of plaintiff's counsel:

    Frank Consalo    Friday, January 4, 2008, at 3:00 p.m.

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F: 302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that, on this date, one copy of this Notice of Deposition was served, by the methods indicated, on the following individuals:

| | |
|---|---|
| James H. McMackin, III, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899<br>  (electronic filing and facsimile) | Devjani Mishra, Esquire<br>Tara A. Williams, Esquire<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>  (e-mail and facsimile) |

/s/   Steven F. Mones
Steven F. Mones

January 2, 2008