IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA CORPORATION, t/a WACHOVIA )<br>SECURITIES, WACHOVIA SECURITIES, LLC, )<br>WACHOVIA SERVICES, INC., WACHOVIA )<br>BANK OF DELAWARE, N.A., TODD D. )<br>GAUTHIER, LYNN G. MEYER, CAROLYN J. )<br>BEAM, and DOROTHY A. DIFEBO, )<br>)<br>Defendants. )<br>_____) | Case No. 06-725 (GMS) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, by and through their attorneys, Morris, James LLP and Seyfarth Shaw LLP, and hereby move this Honorable Court for an Order entering summary judgment pursuant to Fed. R. Civ. P. 56 in favor of Defendants Wachovia Corporation, Wachovia Securities, LLC, Wachovia Services, Inc., and Wachovia Bank of Delaware, N.A., as well as Defendants Todd D. Gauthier, Lynn G. Meyer, Carolyn J. Beam, and Dorothy A. DiFebo.

MORRIS JAMES LLP

_____
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

- and -

SEYFARTH SHAW LLP

David Bennet Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
620 Eighth Avenue, Suite 3100
New York, NY 10018
(212) 218-5500

Attorneys for Defendants

Dated: January 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA CORPORATION, t/a WACHOVIA )<br>SECURITIES, WACHOVIA SECURITIES, LLC, )<br>WACHOVIA SERVICES, INC., WACHOVIA )<br>BANK OF DELAWARE, N.A., TODD D. )<br>GAUTHIER, LYNN G. MEYER, CAROLYN J. )<br>BEAM, and DOROTHY A. DIFEBO, )<br>)<br>Defendants. ) | Case No. 06-725 (GMS) |

## ORDER

IT IS HEREBY ORDERED this ____ day of _____, 2008, that Defendants' Motion for Summary Judgment is GRANTED.

_____
J.