IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
KENNETH S. MITCHELL,                :
                                    :
        Plaintiff,                  :
                                    :  Civil Action No. 06-725 (GMS)
    v.                              :
                                    :
WACHOVIA CORPORATION, t/a           :
    WACHOVIA SECURITIES,            :
WACHOVIA SECURITIES, L.L.C.,        :
WACHOVIA SERVICES, INC.,            :
WACHOVIA BANK OF DELAWARE, N.A.,    :
TODD D. GAUTHIER, LYNN G. MEYER,    :
CAROLYN J. BEAM, and                :
DOROTHY A. DIFEBO,                  :
                                    :
        Defendants.                 :
                                    :
------------------------------------X

## NOTICE OF SERVICE

On this 17th day of January, 2008, two copies of **Defendants' First Request for Production of Documents and Information Concerning Plaintiff's Proposed Experts** were served by hand delivery and one copy by electronic mail on the following counsel for Plaintiff:

        Steven Mones, Esquire
        BIGGS AND BATTAGLIA
        921 North Orange Street
        P.O. Box 1489
        Wilmington, Delaware 19899

NYI 26498066.2

MORRIS JAMES LLP

_____
P. Clarkson Collins, Jr. (Del. Bar No. 739)
pcollins@morrisjames.com
David H. Williams (Del. Bar No. 616)
dwilliams@morrisjames.com
James H. McMackin III (Del. Bar No. 4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800

David B. Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue, Suite 3100
New York, New York 10018
(212) 218-5500
Attorneys for Defendants

Dated: January 17, 2008