UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-12-725 (GMS) |
| | ) |
| WACHOVIA CORPORATION, t/a | ) JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, | ) |
| WACHOVIA SECURITIES, L.L.C., | ) |
| WACHOVIA SERVICES, INC., | ) |
| WACHOVIA BANK OF DELAWARE, | ) |
| N.A., | ) |
| TODD D. GAUTHIER, | ) |
| LYNN G. MEYER, | ) |
| CAROLYN J. BEAM, and | ) |
| DOROTHY A. DIFEBO, | ) |
| Defendants. | ) |

## AFFIDAVIT

James K. Finney, being duly sworn according to law, states as follows:

1. I make this affidavit on personal knowledge, and the information in this affidavit is true and correct to the best of my knowledge.

2. I was employed by Wachovia as a bank teller at Wachovia's Prices Corner financial center ("branch") from March 2006 through December 2006.

3. During the time I served as a teller at Prices Corner, I was the only male, and only African-American male working as a teller in the branch.

4. During the time I worked at Prices Corner, I was subjected to harassing and discriminatory conduct by Petra Rash, a white woman serving as the Wachovia Teller Manager, as well as by other white female tellers. Such conduct including being touched inappropriately and being struck with papers.

1

5. I made complaints to Mattie Owens in Wachovia's Human Resources Department, and to Gerri Dougherty a Service Leader, but Wachovia took no action to stop the inappropriate conduct directed at me. At no time did the Financial Center Manager ("FCM"), Dorothy DiFebo, take any action to stop the inappropriate conduct directed at me despite the fact that she was aware of it.

6. Prior to my working at Prices Corner, I had worked as a "rover" (roving temporary teller) at Wachovia's Capitol Trail branch. The Prices Corner and Capitol Trail branches were only about one mile apart on Kirkwood Highway, in Wilmington. However, the general atmosphere I experienced was completely different at the two branches. I experienced no conflicts at Capitol Trail, but I experienced inappropriate and harassing conduct at Prices Corner based on the fact that I was an African-American male. The FCM, Ms. DiFebo, did not seem to care about how I was treated by the other employees.

7. Wachovia failed to take any steps to remedy the inappropriate treatment directed at me, and I was forced to resign in December 2006. When notified of my resignation, Teller Manager Ms. Rash threw my resignation letter at me.

8. On January 22, 2007, I filed a Charge of Discrimination with the Delaware Department of Labor/Equal Employment Opportunity Commission alleging that I suffered racial and gender discrimination. A true and correct copy of my Charge of Discrimination is attached as Exhibit-A to this affidavit.

9. I understand that Kenneth S. Mitchell has asserted race and gender discrimination claims against Wachovia in connection with conduct directed towards him at the Prices Corner branch. I did not discuss my complaints with him, and he did not discuss his complaints with me, until recently during the course of his lawsuit against Wachovia.

                                                _____
                                                James K. Finney

Sworn to and subscribed before me
this 22nd day of January, 2008.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
April S. Woodberry, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Aug. 3, 2010
Member, Pennsylvania Association of Notaries

3

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>17C-2007-00183 |
|---|---|---|

**Delaware Department of Labor** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. James K. Finney | Home Phone (Incl. Area Code)<br>(302) 377-6324 | Date of Birth<br>03-29-1986 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 1110 Graylyn Road, Wilmington, DE 19803 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>WACHOVIA | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(302) 636-4307 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 2701 Kirkwood Hwy, Newark, DE 19711 | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN<br>[ ] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER (Specify below.) | Earliest: 11-13-2006  Latest: 11-13-2006<br>[ ] CONTINUING ACTION |

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):
**Jurisdiction:** Charging Party was employed at Respondent's Pennsylvania Branch #95086 and Delaware Branch # 95073 as a Teller since 6/05
**Charging Party's protected class:** Race (Black), Gender (male)
**Adverse employment action:** Discipline, Harassment, Terms and Conditions of Employment, constructive Discharge
**Brief statement of allegations:** Charging Party alleges that based on race and sex he was discriminated against when he was subjected to harassment different terms and conditions of employment and discipline by the Respondent. Specifically, Charging Party alleges that he found Assistant Manager/Teller (Jill Altervolt-W/F) statement of "bite me" to be quite offensive. Additionally, on 9/29/06, Teller manager (Petra Rash-W/F), who is Charging Party supervisor, pressed her finger against Charging Party's forehead and said "use your head!". Moreover, Charging Party stated that on 11/13/06 he was struck on the hand with a stack of papers by a white female co-worker (Nancy Valiante). Charging Party states that these acts have been directed towards him for no reason and states that if he does make a mistake, he should not be subjected to these actions. Charging Party states that he reported the incident's to the Respondent specifically, (Mattie Owens in a recorded conversation and Gerri Doucherty W-F). Further, Charging Party states that at a later date during conversation Doucherty stated to him that the incidents were grounds for termination but nothing was done. Furthermore, Charging Party alleges that his treatment continued with other acts of harassment specifically, by Petra Rash that included Rash angrily throwing a copy of his notice of resignation onto his desk. Charging Party states that because of his race and being the only male Teller he was forced to resign.
**Respondent's explanation:** None given
**Applicable law(s):** Title VII of the Civil Rights Act of 1964, Delaware Discrimination Employment Act
**Comparators(s) or other specific reason(s) for alleging discrimination:** Charging Party alleges that based on race and sex he was discriminated against when his treatment by the Respondent was different then his similarly situated co-workers. Charging Party states after he made his complaints to Doucherty but Doucherty during a meeting held on 12/6/06 only attempted to minimize the impact of his treatment. Charging Party states after approximately three weeks nothing was done and he was forced to resign. Additionally, Charging Party alleges that his treatment and Doucherty's actions are a continuation of Respondent's unwillingness to address gender/racially motivated treatment by his co-workers. Charging Party states that these latest acts of Gender/ racially motivated treatment are not the first acts of discrimination. Charging Party states that he was transferred by Doucherty from Pennsylvania Branch 95086 because a co-worker had made racial comments towards him.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jan 22, 2007        *(signature)* James Finney<br>Date                     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |