IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA CORPORATION, t/a<br>    WACHOVIA SECURITIES,<br>WACHOVIA SECURITIES, L.L.C.,<br>WACHOVIA SERVICES, INC.,<br>WACHOVIA BANK OF DELAWARE, N.A.,<br>TODD D. GAUTHIER, LYNN G. MEYER,<br>CAROLYN J. BEAM, and<br>DOROTHY A. DIFEBO,<br><br>    Defendants. | Civil Action No. 06-725 (GMS)<br><br>**STIPULATION TO DISMISS CLAIMS UNDER 42 U.S.C. SECTIONS 1985 AND 1986, FOR STATE LAW FRAUD AND PRIMA FACIE TORT, AND ALL CLAIMS AGAINST DEFENDANT MEYER.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that the following claims are dismissed with prejudice and without fees or costs to any party:

1. All claims under 42 *U.S.C.* § 1985;

2. All claims under 42 *U.S.C.* § 1986;

3. All claims for state law fraud;

4. All claims for *prima facie* tort;

5. All claims against defendant Lynn G. Meyer.

1673865/1

2

| | |
|---|---|
| BIGGS AND BATTAGLIA | MORRIS JAMES LLP |
| /s Steven F. Mones | *[signature]* |
| Steven F. Mones (#2611) | P. Clarkson Collins, Jr. (#739) |
| smones@batlaw.com | pcollins@morrisjames.com |
| 921 North Orange Street | David H. Williams (#616) |
| Wilmington, Delaware 19899-1489 | dwilliams@morrisjames.com |
| (302) 655-9677 | James H. McMackin III (#4284) |
| Attorneys for Plaintiff | jmcmackin@morrisjames.com |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, Delaware 19899 |
| | (302) 888-6900/5849 |

David B. Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
Seyfarth Shaw LLP
1270 Avenue of the Americas
New York, New York 10020-1801
(212) 218-5500
Attorneys for Defendants

Dated: January 24, 2008

SO ORDERED:

_____
The Honorable Gregory M. Sleet
United States District Judge

Dated: _____, 2008

1673865/1