UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | C.A. No. 06-725 (GMS) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| WACHOVIA CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiff Kenneth S. Mitchell requests that the Court hold oral argument on defendants' motion for summary judgment.

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Steven F. Mones (Del. Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F:  302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that, on this date, one copy of Plaintiff's Request for Oral Argument was served, by the methods indicated, on the following individuals:

James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
   (electronic filing and e-mail)

Devjani Mishra, Esquire
Tara A. Williams, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY  10018-1405
   (e-mail)

January 31, 2008

/s/   Steven F. Mones
Steven F. Mones  (Del. Bar #2611)