UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DELAWARE, | ) | |
| N.A., | ) | |
| TODD D. GAUTHIER, | ) | |
| CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

On this date two copies of Plaintiff's Response to Defendants' First Expert Request for Production were served, by the methods indicated, on the following individuals:

James H. McMackin, II, Equire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
*By Hand*

Devjani Mishra, Esquire
Seyforth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
*By E-Mail*

BIGGS AND BATTAGLIA

/s/ Steven F. Mones
Victor F. Battaglia (Del.Bar #156)
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F: 302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

February 18, 2008