UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, t/a | ) | JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, | ) | |
| WACHOVIA SECURITIES, L.L.C., | ) | |
| WACHOVIA SERVICES, INC., | ) | |
| WACHOVIA BANK OF DEL., N.A., | ) | |
| TODD D. GAUTHIER, | ) | |
| CAROLYN J. BEAM, and | ) | |
| DOROTHY A. DIFEBO, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S PROPOSED JURY VOIR DIRE**

1. Have you heard or read anything about this case?

2. Do you, or any member of your immediate family or a close friend, have any bank, brokerage, investment, or other accounts with Wachovia?

3. Have you, or any member of your immediate family or a close friend, ever been employed by Wachovia?

4. Do you know anyone who works for Wachovia?

5. Have you, or any member of your immediate family or a close friend, ever worked for a bank, brokerage, or securities firm or company?

6. Have you ever served as a juror in a civil or criminal case?

7. Would you be able to evaluate the testimony of witnesses solely on their testimony in court rather than on their profession, occupation, or race?

8.      During this trial, you may hear evidence that Plaintiff experienced emotional distress as a result of the incidents which are the subject of this case.  Do you have any attitudes, opinions, or personal beliefs about persons suffering or claiming to suffer emotional distress that would preclude you from making an honest and impartial decision based on all of the evidence?

9.      During this trial, you will hear that Plaintiff is claiming that the Defendants' actions were outrageous and/or that Defendants were intentionally or recklessly indifferent to Plaintiff's federally protected rights.  Therefore, Plaintiff will be asking you to award punitive damages against the Defendants to punish them and to deter them from engaging in such conduct in the future.  Do you have any social, moral, religious, or philosophical beliefs which would preclude you from awarding Plaintiff a monetary award for punitive damages if such an award is warranted by the evidence?

10.     If, when you and your fellow jurors are deliberating over this case, one of your fellow jurors states a view or opinion that indicates that he or she is prejudiced against one of the parties to this suit, or is considering some matter that I have told you not to consider, or is unwilling to follow the law as I have given it to you, will you be able to carry out your oath as a juror by speaking out and stating that those matters must not be considered?

BIGGS AND BATTAGLIA

/s/  Steven F. Mones
Steven F. Mones  (Del. Bar #2611)
921 N. Orange Street
P.O. Box 1489
Wilmington, DE  19899-1489
Tel:  302-655-9677
Fax: 302-655-7924
smones@batlaw.com
Attorneys for Plaintiff Kenneth S. Mitchell

March 31, 2008