UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-725 (GMS) |
| ) | |
| WACHOVIA CORPORATION, t/a ) | JURY TRIAL DEMANDED |
| WACHOVIA SECURITIES, ) | |
| WACHOVIA SECURITIES, L.L.C., ) | |
| WACHOVIA SERVICES, INC., ) | |
| WACHOVIA BANK OF DEL., N.A., ) | |
| TODD D. GAUTHIER, ) | |
| CAROLYN J. BEAM, and ) | |
| DOROTHY A. DIFEBO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PROPOSED
SPECIAL JURY INTERROGATORIES
AND VERDICT FORM**

1. Do you find by a preponderance of the evidence that any of the defendants created a hostile work environment for plaintiff Kenneth S. Mitchell, engaged in discrimination against him with respect to his race or gender, or retaliated against him for his complaints (please check box with your answer)?

    ☐ Yes
    ☐ No

    If you answered "Yes" above, please proceed to question number 2.
    If you answered "No" above, please stop and call the Bailiff.

2. If you answered "Yes" to question 1 above, please check the following box or boxes corresponding to the defendants whom you find liable to plaintiff (continued onto next page):

    ☐ Wachovia Corporation t/a Wachovia Securities
    ☐ Wachovia Securities, L.L.C.
    ☐ Wachovia Bank of Delaware, N.A.
    ☐ Wachovia Services, Inc.

1

      ☐ Todd D. Gauthier
      ☐ Carolyn J. Beam
      ☐ Dorothy A. DiFebo

3. State the amount that you award to plaintiff Kenneth S. Mitchell for compensatory damages which may include emotional distress, past and future lost earnings, and medical expense reimbursement:

    Compensatory Damages    $_____

4. Do you find that any of the defendants whom you have found liable acted with malice or reckless indifference to plaintiff Kenneth S. Mitchell's federally protected rights?

      ☐ Yes
      ☐ No

If you answered "Yes" to the above question, please state the amount that you award to plaintiff Kenneth S. Mitchell for punitive damages:

    Punitive Damages    $_____

If you answered "No" to the above question, or after you have filled in the above blank amount, please stop and call the Bailiff.

SO WE ALL SAY,

_____
Foreperson

May \_\_\_\_, 2008