IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------X
:
KENNETH S. MITCHELL, :
:
Plaintiff, :
: Civil Action No. 06-725 (GMS)
v. :
:
WACHOVIA CORPORATION, t/a :
   WACHOVIA SECURITIES, :
WACHOVIA SECURITIES, L.L.C., :
WACHOVIA SERVICES, INC., :
WACHOVIA BANK OF DELAWARE, N.A., :
TODD D. GAUTHIER, LYNN G. MEYER, :
CAROLYN J. BEAM, and :
DOROTHY A. DIFEBO, :
:
Defendants. :
:
------------------------------------X

## **DEFENDANTS' PROPOSED JURY VOIR DIRE QUESTIONS**

Defendants respectfully submit the following proposed jury voir dire questions:

Personal History

   a. What is your marital status? Please state the names of your spouse, your children, and the names of any other persons with whom you reside.

   b. Please state the ages of your spouse and children, their level of education and their jobs.

   c. How long have you lived at your current address?

   d. Where were you born?

   e. Have you or any member of your family ever been in the military? If so, when and for how long?

   f. Please describe your educational background.

   g. Do you have any medical problems or conditions which might affect your ability to hear, see or otherwise consider evidence presented in the case and deliberate to reach a verdict?

Knowledge Of Parties, Counsel And Potential Witnesses

    a. Are you acquainted in any way with plaintiff Kenneth Mitchell or his family or friends? If so, please describe the nature and extent of your relationship with Mr. Mitchell.

    b. Are you acquainted in any way with defendant Todd Gauthier or his family or friends? If so, please describe the nature and extent of your relationship with Mr. Gauthier.

    c. Are you acquainted in any way with defendant Carolyn Beam, or her family or friends? If so, please describe the nature and extent of your relationship with Ms. Beam.

    d. Are you acquainted in any way with defendant Dorothy DiFebo or her family or friends? If so, please describe the nature and extent of your relationship with Ms. DiFebo.

    e. Do you know or have you ever had any dealings with plaintiffs' attorney Steven Mones, or his firm, Biggs and Battaglia? If so, please describe the nature and extent of those contacts.

    f. Do you know or have you ever had any dealings with defendants' attorneys, Devjani Mishra or Tara Smith Williams, or their law firm, Seyfarth Shaw? If so, please describe the nature and extent of those contacts.

    g. Do you know or have you ever had any dealings with defendants' attorneys, Clark Collins or James McMackin, or their law firm, Morris James? If so, please describe the nature and extent of those contacts.

    h. Does anyone know any of the following individuals: Ladan Amini, James Finney, Lynn Meyer, Nancy Sorg, Dr. Frederick Kozma, Dr. Jorge Pereira-Ogan, Dr. Reynold Agard, or Dr. Robert Minnehan? If so, please describe the nature and extent of those contacts.

    i. Have you ever invested any money or maintained any accounts with either Wachovia Securities, Wachovia Bank or Wachovia Corporation? If so, please describe your experience.

    j. Other than any individual banking or investing that you may have done, have you ever had any other dealings with Wachovia Securities, Wachovia Bank or Wachovia Corporation? If so, please explain.

    k. Do you know anyone who is now or has been employed with Wachovia Securities, Wachovia Bank or Wachovia Corporation? If so, please state the name of any person, your relationship with the person, when and where they were employed, and what their job is or was.

    l. Do you hold any favorable or unfavorable view of Wachovia Securities, Wachovia Bank or Wachovia Corporation? If so, please explain.

1724608/1

Corporations

    a. Do you feel that just because an individual has sued a company that he is entitled to recover damages?

    b. Do you feel any bias or prejudice against Wachovia Securities L.L.C. because it is a corporation? Against Wachovia Bank, N.A.? Against Wachovia Services, Inc.? Against Wachovia Corporation?

    c. If the evidence justified it, could you find in favor of the defendants, even though some of them are corporations?

Litigation History

    a. Have you or any member of your family ever been personally involved in a lawsuit, either as a party, witness or otherwise? If so, please describe the nature of the litigation and your association with it, including the type of case, whether you or the other persons identified were a plaintiff or defendant, and the outcome of the case. In general, what were your feelings about the experience? Did you believe the result was fair or unfair and why?

    b. Have you or any member of your family ever filed suit or a claim of discrimination or any other type of charge? If so, please describe the nature of the charge or claim.

    c. Have you or any member of your immediate family ever filed a grievance, charge, complaint, arbitration, lawsuit or other type of protest against an employer? If so, please state the circumstances surrounding the action, including the name of the employer the nature of the protest, when this occurred, the outcome and the other facts and circumstances surrounding the action.

    d. Have you, any member of your immediate family or any close friend ever been named as a defendant in a lawsuit? If so, please explain the nature of that lawsuit.

Employment History

    a. Are you or have you ever been a supervisor or a member of management at any place of employment? If so, please state when, for what employer, for how long and in what position.

    b. Have you ever been responsible for or participated in making a decision to discipline, discharge, hire, promote or demote any person? How did you feel about the experience? Did you think the person was treated properly? Did you feel the action was unfair in any way? Please explain.

    c. Have you, or has any member of your immediate family or household, ever been treated unfairly by an employer? If so, please describe.

    d. Have you, or has any member of your immediate family or household, ever experienced any kind of hiring or job discrimination? If so, please state when this occurred, the job involved, the employer involved, the reason or reasons given and

1724608/1

any other details regarding the situation. Please describe your feelings regarding the manner in which the employer handled the situation.

e. Have you, or has any member of your immediate family or household, ever been accused of discriminating against another individual? If so, please describe the circumstances.

General

a. Is there anything in your background about which you think we should know but have not asked that could affect your ability to be a fair and impartial juror in this case?

MORRIS JAMES LLP


_____/s/ James H. McMackin_____
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

SEYFARTH SHAW LLP

David Bennet Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
620 Eighth Avenue, Suite 3100
New York, NY 10018
(212) 218-5500

Attorneys for Defendants

Dated: March 31, 2008

1724608/1