# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

April 9, 2008

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE   19801-3570

> RE:   *Kenneth S. Mitchell v. Wachovia Corporation, et al.*
>         *Civil Action No. 06-725 GMS*

Dear Judge Sleet:

I write in response to Your Honor's query yesterday concerning Ms. Mishra's scheduling conflict on April 22. As Your Honor will recall, April 22 is considered a possible date for the pre-trial conference in the above-referenced matter.

Ms. Mishra is the sole faculty member for a seminar on intermittent FMLA leave that is being sponsored by the Center for Competitive Management on April 22 at 2pm. The program has already been advertised and CCM has been enrolling attendees for several weeks. CCM does not have a backup speaker for this event and will experience significant costs and difficulties if she must cancel.

Separately, yesterday Ms. Walker proposed April 23 as a date for the pre-trial conference. However, I understand Mr. Mones has a conflict on April 23. He is involved in a workers compensation hearing before the Industrial Accident Board all day on that date, and that matter cannot be rescheduled as he has a number of experts already lined up for live testimony.

Morris James LLP

The Honorable Gregory M. Sleet
April 9, 2008
Page 2

       My recollection is that May 1st is a date that suits the Court's calendar. It also suits counsel (Your Honor excused me as local counsel due to a conflict, but I expect that case to settle so I will likely be present). I respectfully submit that, if such date is still acceptable to Your Honor, the pretrial conference remain on May 1.

       Respectfully submitted,

       */s/ James H. McMackin*

       James H. McMackin, III
       (Bar I.D. #4284)

JHM/jam
cc:    Steven F. Mones, Esquire (w/enc.) (via e-filing)
       Devjani Mishra, Esquire (w/enc.) (via e-mail)
       Clerk of the Court (w/enc.) (via e-filing)

1731431/1