IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA CORPORATION, t/a )<br>  WACHOVIA SECURITIES, )<br>WACHOVIA SECURITIES, L.L.C., )<br>WACHOVIA SERVICES, INC., )<br>WACHOVIA BANK OF )<br>  DELAWARE, N.A., )<br>TODD D. GAUTHIER, LYNN G. MEYER, )<br>CAROLYN J. BEAM, and DOROTHY A. )<br>DIFEBO, )<br>)<br>Defendants. ) | Civil Action No. 06-725 GMS |

### ORDER

WHEREAS, on May 30, 2007, the court set the Pretrial Conference in this case for April 21, 2008, at 9:30 a.m., with trial to begin on May 12, 2008, at 9:30 a.m.;

WHEREAS, on April 8, 2008, the court held a teleconference with the parties;

WHEREAS, during this teleconference, the parties expressed an interest in mediation;

IT IS HEREBY ORDERED THAT:

1. The Pretrial Conference in this case is rescheduled for May 1, 2008, at 10:00 a.m.; and

2. This matter is referred to the Honorable Leonard P. Stark, United States Magistrate Judge for the District of Delaware.

Dated: April 9, 2008

CHIEF, UNITED STATES DISTRICT JUDGE