# BIGGS AND BATTAGLIA

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899

Tel: 302-655-9677
Fax: 302-655-7924
smones@batlaw.com

Of Counsel:
JOHN BIGGS III
S. BERNARD ABLEMAN
WILLIAM D. BAILEY, JR.

April 15, 2008

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
844 King Street
Lock Box 19
Wilmington, DE  19801

Re:   *Mitchell v. Wachovia, et al.*
      D.Del., C.A. No. 06-725 (GMS)

Dear Judge Sleet:

I am writing to confirm that the parties have agreed to engage in a mediation conference, with Judge (Retired) Vincent A. Bifferato, Sr., on April 29, 2008. The parties determined that it was to their mutual advantage to attempt to resolve the case prior to the pretrial conference which is scheduled for May 1, 2008. Unfortunately, we could not obtain a mediation date with Magistrate Stark prior to the date of the pretrial conference. Under the circumstances, therefore, the parties agreed to a private mediator. Of course, we will notify the Court promptly of the result of the mediation effort.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Steven F. Mones

cc:   James H. McMackin, III, Esquire
      Devjani Mishra, Esquire