# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

April 29, 2008

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801-3570

   RE: *Kenneth S. Mitchell v. Wachovia Corporation, et al.*
      Civil Action No. 06-725 GMS

Dear Judge Sleet:

   I write to you in advance of the pretrial conference scheduled in the above-referenced matter for 10:00 a.m. on Thursday, May 1, 2008. As Your Honor may recall, in our April 8, 2008 teleconference, Your Honor excused me from attending the pretrial conference as local counsel as I have a conflict that day and will be downstate in Frankford, Delaware. I merely write to confirm my excusal. Please contact me if you have any questions or concerns.

            Respectfully submitted,

            */s/ James H. McMackin, III*
            James H. McMackin, III
            (Bar I.D. #4284)

JHM/jam
cc: Steven F. Mones, Esquire (w/enc.) (via e-filing)
   Devjani Mishra, Esquire (w/enc.) (via e-mail)
   Clerk of the Court (w/enc.) (via e-filing)

1744554/1