UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. MITCHELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-12-725 (GMS) |
| | ) | |
| WACHOVIA CORPORATION, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF TRIAL DEPOSITION

Counsel for plaintiff shall take the videotaped trial deposition of Robert F. Minnehan,

Ph.D., on Wednesday, May 7, 2008, at 2:00 p.m., at 765 Arbour Drive, Newark, DE 19713.

BIGGS AND BATTAGLIA

/s/  Steven F. Mones
Steven F. Mones (Del. Bar #2611)
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F: 302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on this date, one copy of this Notice of Deposition was served, by the
methods indicated, on the following individuals:

James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
    (By E-Filing and facsimile)

Devjani Mishra, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
    (By facsimile)

/s/  Steven F. Mones
Steven F. Mones (Del. Bar #2611)

April 29, 2008