**Subject:** RE: Mitchell v. Wachovia
**Date:** Tue, 22 Apr 2008 10:22:01 -0500
**From:** "Mishra, Devjani" <DMishra@seyfarth.com>
**To:** "Steve Mones" <smones@batlaw.com>
**Cc:** <jmcmackin@morrisjames.com>,
"Williams, Tara" <TaWilliams@seyfarth.com>

Hi Steve,

Let's go with May 7 for the deposition, subject to the pending motion. When do you expect to provide the exhibits from last week's deposition and the documents requested during the deposition?

As to Amini and Consalo, we will be producing them voluntarily. Given that both sides are calling many of the same witnesses, can we agree to waive the normal limits on the scope of cross for witnesses called by both sides, so that each witness only needs to appear once?

Devjani Mishra
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
212-218-5510 phone
917-344-1223 fax
dmishra@seyfarth.com

**Please consider the environment before printing this message.**

-----Original Message-----
**From:** Steve Mones [mailto:smones@batlaw.com]
**Sent:** Friday, April 18, 2008 11:42 AM
**To:** Mishra, Devjani
**Cc:** jmcmackin@morrisjames.com
**Subject:** Mitchell v. Wachovia

Dear Devjani-

Would you be available during the afternoon of either May 7 or May 8 for a videotaped trial deposition of Dr. Minnehan? That would be about 2 weeks after the surgery, and we understand that he would be up to testifying at that point. Given that the surgery is next Thursday, a trial deposition beforehand does not appear feasible.

On another note, we expect to call Ms. Amini and Mr. Consalo as witnesses at trial. Both are current Wachovia employees, but not parties. Will you agree to produce them at trial voluntarily (as with the discovery depositions), or must I have subpoenas issued for their attendance?

Thank you for your consideration of these matters.

Steve


Steven F. Mones
Biggs and Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489