## BIGGS AND BATTAGLIA

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**
**STEVEN F. MONES**

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899

Tel: 302-655-9677
Fax: 302-655-7924
smones@batlaw.com

Of Counsel:
**JOHN BIGGS III**
**S. BERNARD ABLEMAN**
**WILLIAM D. BAILEY, JR.**

April 30, 2008

*By E-Filing and by Hand*

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
844 King Street
Lock Box 19
Wilmington, DE 19801

  Re: *Mitchell v. Wachovia, et al.*
    D.Del., C.A. No. 06-725 (GMS)

Dear Judge Sleet:

  I am writing to advise the Court that the parties engaged in mediation with Judge (ret.) Vincent A. Bifferato, Sr. yesterday. The parties were not able to resolve the case, and it appears that settlement is not likely.

  Following the mediation conference yesterday, I was advised by defense counsel that a key trial witness who had been listed by both sides, Ladan Amini, was leaving the country and would not be available for trial. This morning, plaintiff filed a motion for a continuance based on this development.

  Lastly, we are in receipt of the Court's order of this morning canceling the pretrial conference that had been scheduled for tomorrow. We stand ready to address pretrial matters with the Court at its convenience.

  We thank the Court for its consideration of this matter.

              Respectfully submitted,

              Steven F. Mones

cc: James H. McMackin, III, Esquire
   Devjani Mishra, Esquire