IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACHOVIA CORPORATION, t/a WACHOVIA )<br>SECURITIES, WACHOVIA SECURITIES, LLC, )<br>WACHOVIA SERVICES, INC., WACHOVIA )<br>BANK OF DELAWARE, N.A., TODD D. )<br>GAUTHIER, LYNN G. MEYER, CAROLYN J. )<br>BEAM, and DOROTHY A. DIFEBO, )<br>)<br>Defendants. )<br>) | Case No. 06-725 (GMS) |

**DEFENDANTS' MOTION FOR POSTPONEMENT OF TRIAL
PURSUANT TO LOCAL CIVIL RULE 16.4**

P. Clarkson Collins, Jr., (Bar I.D. #739)
pcollins@morrisjames.com
David H. Williams (Bar I.D. #616)
dwilliams@morrisjames.com
James H. McMackin, III (Bar I.D. #4284)
jmcmackin@morrisjames.com

MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

Dated: April 30, 2008

David Bennet Ross (admitted *pro hac vice*)
dross@seyfarth.com
Devjani Mishra (admitted *pro hac vice*)
dmishra@seyfarth.com
Tara Smith Williams (admitted *pro hac vice*)
tawilliams@seyfarth.com

SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendants

Defendants, by and through their undersigned counsel, respectfully submit this motion and the accompanying Declaration of Ladan Amini pursuant to D. Del. LR 16.4 and seek postponement of the May 12, 2008 trial date, for good cause shown, due to the unavailability of two witnesses, Ladan Amini ("Ms. Amini") and Robert Minnehan, Ph.D. ("Dr. Minnehan"), Plaintiff's proposed economic expert (whose testimony Defendants have moved *in limine* to exclude).

Plaintiff has sought a continuance of the trial based on the unavailability of Ms. Amini, a non-party witness in this matter who is employed by Wachovia Bank. Defendants hereby request (a) a two-week postponement of the trial or (b) in the alternative, a partial two-week postponement of the trial solely with respect to the testimony of Ms. Amini and Dr. Minnehan, assuming that the Court does not exclude Dr. Minnehan's testimony.

As stated in the accompanying Declaration of Ladan Amini, Ms. Amini is scheduled to travel to Iran on Wednesday, April 30, 2008 because of a medical emergency involving her 70 year old brother. Ms. Amini is a key factual witness concerning certain allegations raised in this matter. Both parties have indicated their intention to call Ms. Amini as a witness and would be prejudiced should Ms. Amini not be available for live testimony before a jury. As such, Defendants join in Plaintiff's request for a continuance of the trial until, at the earliest, May 27, 2008, after which date Ms. Amini will be able to appear in person.

Should the Court deny the parties' request for a postponement of the trial, and order the parties to appear for trial on May 12, 2008, Defendants request, in the alternative, a partial continuance at least with respect to the testimony of both Ms. Amini and Dr. Minnehan, who is also unavailable for live trial testimony due to his own spinal surgery. Assuming that the Court does not exclude Dr. Minnehan's testimony, the parties have agreed to a videotaped trial

1

deposition of Dr. Minnehan, which is scheduled for Wednesday, May 7, 2008. However, should the Court grant Defendants' request for partial postponement of the trial, Defendants respectfully request that the Court order that Dr. Minnehan's and Ms. Amini's live testimony be taken at a date no earlier than May 27, 2008.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant their motion for postponement of the trial, or in the alternative, a partial two-week postponement of the trial with respect to the testimony of Ms. Amini and, if applicable, Dr. Minnehan.

MORRIS JAMES LLP

_____
P. Clarkson Collins, Jr. (#739)
pcollins@morrisjames.com
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

- and -

SEYFARTH SHAW LLP

David Bennet Ross (admitted *pro hac vice*)
Devjani Mishra (admitted *pro hac vice*)
Tara Smith Williams (admitted *pro hac vice*)
620 Eighth Avenue, Suite 3100
New York, NY 10018
(212) 218-5500

Attorneys for Defendants

Dated: April 30, 2008

1745355/1                                    2

30-Apr-2008 13:01   From-WACHOVIA BANK DEL         302 998 7380         T-883  P.002/003  F-015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-725 (GMS) |
| ) | |
| WACHOVIA CORPORATION, t/a WACHOVIA ) | |
| SECURITIES, WACHOVIA SECURITIES, LLC, ) | |
| WACHOVIA SERVICES, INC., WACHOVIA ) | DECLARATION OF LADAN AMINI |
| BANK OF DELAWARE, N.A., TODD D. ) | |
| GAUTHIER, LYNN G. MEYER, CAROLYN J. ) | |
| BEAM, and DOROTHY A. DIFEBO, ) | |
| ) | |
| Defendants. ) | |

LADAN AMINI hereby declares, under penalty of perjury:

1. I am an employee of Wachovia Bank of Delaware, N.A.. My position is Assistant Vice President, Financial Specialist. I have worked for Wachovia Bank for 19 years.

2. I am not a party to this lawsuit.

3. I worked with Plaintiff, Kenneth Mitchell, in the Prices Corner branch of Wachovia from August 2002 to December 2004. I am aware of some of the allegations made in this lawsuit.

4. Due to a family medical emergency, I am required to fly to Iran on Wednesday, April 30, 2008. Specifically, my 70 year old brother who lives in Iran is suffering from a very serious heart condition and will be having heart surgery in May.

5. My oldest brother, who lives in Germany, is also traveling to Iran at the same time to be with our brother. He is 79 years old and unable to travel alone. As such, I am flying to Germany to meet him and together, we are continuing to Iran.

6. We are traveling at the earliest date by which my older brother could obtain a visa to travel from Germany to Iran.

7. I am scheduled to return to Delaware on May 27, 2008.

8. I regret that my travel plans have caused inconvenience to the parties. However, my primary concern during recent months has been my brother's health. I am not a party to this lawsuit, and did not think it necessary to inform defendants' counsel of my travel plans. I personally informed counsel of my travel plans for the first time on Tuesday, April 29, 2008.

9. Upon information and belief, it is my understanding that in light of the diplomatic and political issues between the United States and Iran, it would be impracticable for me to change my travel plans to appear at the trial of this matter, then travel back to Iran to complete my visit. Commercial flights to Iran are both indirect and infrequent. Further, as an American citizen, it is difficult to travel in and out of Iran multiple times within a short time period.

10. During my stay in Iran, I will be staying with family members. These family members do not have secure or reliable connections to telecommunication devices that would permit testimony by video, telephone or voice over Internet protocol. Nor do I have the ability to go to any public or private facilities to testify, as there are restrictions on unaccompanied women traveling within Iran.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

                                                                                  _____
                                                                                   LADAN AMINI

2

1.   NY1 26512256.1