IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-725 GMS |
| ) | |
| WACHOVIA CORPORATION, t/a ) | |
| WACHOVIA SECURITIES, ) | |
| WACHOVIA SECURITIES, L.L.C., ) | |
| WACHOVIA SERVICES, INC., ) | |
| WACHOVIA BANK OF ) | |
| DELAWARE, N.A., ) | |
| TODD D. GAUTHIER, LYNN G. MEYER, ) | |
| CAROLYN J. BEAM, and DOROTHY A. ) | |
| DIFEBO, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

WHEREAS, on April 30, 2008, the plaintiff, Kenneth S. Mitchell ("Mitchell"), moved for continuance of trial (D.I. 76), then scheduled to begin on May 12, 2008, at 9:30 a.m.; and

WHEREAS, on May 5, 2008, the court granted the defendants' motion for summary judgment (D.I. 37);

IT IS HEREBY ORDERED THAT:

Mitchell's Motion for Continuance of Trial (D.I. 76) is DENIED as moot.

Dated: May 5, 2008　　　　　　　　　　/s/ Gregory M. Sleet
　　　　　　　　　　　　　　　　　　CHIEF, UNITED STATES DISTRICT JUDGE